IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSICA BARNETT                                                                              PLAINTIFF

v.                                      5:14-cv-05302

NURSE PEGGY VICKERY,
NURSE RHONDA BRADLEY,
SHERIFF TIM HELDER                                                                           DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On March 6, 2015, the Court ordered Plaintiff to produce to Defendants her past-due discovery responses to Defendants' December 3, 2014 discovery requests no later than 5:00 p.m. on March 24, 2015.  The Court's Order of March 6, 2015 (Doc. 15) advised the Plaintiff that failure to comply with an order of the Court may subject this case to summary dismissal.  According to Defendants' Motion to Dismiss (Doc. 18), filed on March 25, 2015, Plaintiff has failed to respond to the Court's Order and has failed to provide the discovery responses to the Defendants.

A show cause order was entered on July 7, 2015 giving the Plaintiff until August 3, 2015 to show cause why this case should not be dismissed based on her failure to comply with an order of the Court.  The Plaintiff was informed that if she failed to respond to the order, the matter would be summarily dismissed.

To date, Plaintiff has not responded to the show cause order.  The show cause order has not been returned as undeliverable.

Accordingly, I recommend that Defendants' Motion to Dismiss (Doc. 18) be granted and that this case be dismissed based on Plaintiff's failure to prosecute the action and her failure to obey the orders of the Court.  Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections**

AO72A
(Rev. 8/82)

**may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of August, 2015.

/s/   *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)