IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSICA BARNETT                                                                                            PLAINTIFF

V.                                        CASE NO.: 5:14-CV-5302

NURSE PEGGY VICKERY;
NURSE RHONDA BRADLEY; and
SHERIFF TIM HELDER                                                                                    DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 21) filed in this case on September 3, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 18) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**, for failure to prosecute and to obey the Orders of the Court.

IT IS SO ORDERED on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE